B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Jimenez, Manuel** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Shadd-Jimenez, Rosey** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **5430** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **1256** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**3447 W Le Moyne St**<br>**Chicago, IL**<br>ZIPCODE **60651-2341** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**3447 W Le Moyne St**<br>**Chicago, IL**<br>ZIPCODE **60651-2341** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address)<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check **one** box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☑ Chapter 7        ☐ Chapter 15 Petition for<br>☐ Chapter 9           Recognition of a Foreign<br>☐ Chapter 11          Main Proceeding<br>☐ Chapter 12        ☐ Chapter 15 Petition for<br>☐ Chapter 13          Recognition of a Foreign<br>                                Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."  ☐ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)                                                                                                      Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Jimenez, Manuel & Shadd-Jimenez, Rosey** |
|---|---|

<table>
<tr><td colspan="3" align="center"><strong>Prior Bankruptcy Case Filed Within Last 8 Years</strong> (If more than two, attach additional sheet)</td></tr>
<tr><td>Location<br>Where Filed:<strong>None</strong></td><td>Case Number:</td><td>Date Filed:</td></tr>
<tr><td>Location<br>Where Filed:</td><td>Case Number:</td><td>Date Filed:</td></tr>
</table>

<table>
<tr><td colspan="3" align="center"><strong>Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor</strong> (If more than one, attach additional sheet)</td></tr>
<tr><td>Name of Debtor:<br><strong>None</strong></td><td>Case Number:</td><td>Date Filed:</td></tr>
<tr><td>District:</td><td>Relationship:</td><td>Judge:</td></tr>
</table>

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X */s/ Nicolette Robovsky*                    **3/11/09**<br>   Signature of Attorney for Debtor(s)          Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☑ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

  ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

  ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    _____

    (Name of landlord or lessor that obtained judgment)

    _____

    (Address of landlord or lessor)

  ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

  ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)                                                                                    Page 3

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Jimenez, Manuel & Shadd-Jimenez, Rosey**

| Signatures |
| --- |

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Manuel Jimenez**                          **Manuel Jimenez**
Signature of Debtor

X **/s/ Rosey Shadd-Jimenez**                     **Rosey Shadd-Jimenez**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)
**March 11, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Nicolette Robovsky**
Signature of Attorney for Debtor(s)

**Nicolette Robovsky 6278336**
**Gleason & Gleason**
**77 W Washington, Ste 1218**
**Chicago, IL  60602**
**(312) 578-9530  Fax: (312) 578-9524**

**March 11, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201 (12/08)

UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts:  (1) Describes briefly the services available from credit counseling services;  (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described.  Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition.  Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

### 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days before the bankruptcy filing.  The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator.  The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

### 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7.  If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law.  A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.  Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court  a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| Printed Name and title, if any, of Bankruptcy Petition Preparer<br>Address:<br><br>_____<br><br>**X** _____<br>Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or partner whose Social Security number is provided above. | Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.)<br>(Required by 11 U.S.C. § 110.) |

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| | | |
|---|---|---|
| **Jimenez, Manuel & Shadd-Jimenez, Rosey**<br>Printed Name(s) of Debtor(s) | **X** */s/ Manuel Jimenez*<br>Signature of Debtor | **3/11/2009**<br>Date |
| Case No. (if known) _____ | **X** */s/ Rosey Shadd-Jimenez*<br>Signature of Joint Debtor (if any) | **3/11/2009**<br>Date |

B6A (Official Form 6A) (12/07)

IN RE **Jimenez, Manuel & Shadd-Jimenez, Rosey**      Case No. _____

                 Debtor(s)                                                                  (If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **1/4 acre of non-developed/ vacant land in Prahrump, NV** | | J | 20,000.00 | 13,000.00 |
| **Residence at:**<br>  **3447 W Le Moyne St**<br>  **Chicago, IL  60651-2341**<br>**(in foreclosure)** | | J | 285,000.00 | 339,372.00 |
| **Timeshare with Westgate Resorts**<br>**(Joint with 2 sons and daughter)** | | J | 5,000.00 | 0.00 |
| | | **TOTAL** | **310,000.00** | |

(Report also on Summary of Schedules)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **Jimenez, Manuel & Shadd-Jimenez, Rosey**                          Case No. _____
                  Debtor(s)                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | **Cash on hand** | J | 50.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account with Chase** | H | 100.00 |
| | | **Direct deposit account with National City** | W | 50.00 |
| | | **Savings account with Chase** | H | 75.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | **Household goods, including but not limited to: TVs, chairs, tables, sofas, bedroom furniture, some kitchen appliances.** | J | 2,500.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Misc books, music, pictures** | J | 100.00 |
| 6.  Wearing apparel. | | **Clothing** | | 200.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term life throuth All State - no cash value** | J | 0.00 |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401K** | H | 8,000.00 |
| | | **IRA** | W | 3,000.00 |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Stock with Delta** | H | 1,212.00 |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Jimenez, Manuel & Shadd-Jimenez, Rosey**                    Case No. _____
_____Debtor(s)_____                                                        (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **2 personal injury claims for car accidents in October 2008. Debtor's attorney is Donald Kaplain.  Ph:  (312) 243-0050** | W | 20,000.00 |
| | | **estimated 2008 tax refund** | J | 4,000.00 |
| | | **Personal injury claim from car accident.  Debtor's attorney is Donald Kaplain.  Ph:  (312) 243-0050,** | H | 10,000.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1999 Hyundai Elantra** | J | 2,100.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Jimenez, Manuel & Shadd-Jimenez, Rosey**                               Case No. _____
_____                                          _____
                          Debtor(s)                                                                                          (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **51,387.00** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (12/07)

IN RE **Jimenez, Manuel & Shadd-Jimenez, Rosey**                    Case No. _____
_____
Debtor(s)                                                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:                    ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **Residence at:**<br>**3447 W Le Moyne St**<br>**Chicago, IL  60651-2341**<br>**(in foreclosure)** | **735 ILCS 5 §12-901** | **15,000.00** | **285,000.00** |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Cash on hand** | **735 ILCS 5 §12-1001(b)** | **50.00** | **50.00** |
| **Checking account with Chase** | **735 ILCS 5 §12-1001(b)** | **100.00** | **100.00** |
| **Direct deposit account with National City** | **735 ILCS 5 §12-1001(b)** | **50.00** | **50.00** |
| **Savings account with Chase** | **735 ILCS 5 §12-1001(b)** | **75.00** | **75.00** |
| **Household goods, including but not limited to: TVs, chairs, tables, sofas, bedroom furniture, some kitchen appliances.** | **735 ILCS 5 §12-1001(b)** | **2,500.00** | **2,500.00** |
| **Misc books, music, pictures** | **735 ILCS 5 §12-1001(a)** | **100.00** | **100.00** |
| **Clothing** | **735 ILCS 5 §12-1001(a)** | **200.00** | **200.00** |
| **401K** | **735 ILCS 5 §12-1006(a)** | **8,000.00** | **8,000.00** |
| **IRA** | **735 ILCS 5 §12-1006(a)** | **3,000.00** | **3,000.00** |
| **Stock with Delta** | **735 ILCS 5 §12-1001(b)** | **1,212.00** | **1,212.00** |
| **2 personal injury claims for car accidents in October 2008.  Debtor's attorney is Donald Kaplain.  Ph: (312) 243-0050** | **735 ILCS 5 §12-1001(b)**<br>**735 ILCS 5 §12-1001(h)(4)** | **13.00**<br>**20,000.00** | **20,000.00** |
| **estimated 2008 tax refund** | **735 ILCS 5 §12-1001(b)** | **4,000.00** | **4,000.00** |
| **Personal injury claim from car accident. Debtor's attorney is Donald Kaplain.  Ph: (312) 243-0050,** | **735 ILCS 5 §12-1001(h)(4)** | **10,000.00** | **10,000.00** |
| **1999 Hyundai Elantra** | **735 ILCS 5 §12-1001(c)** | **2,100.00** | **2,100.00** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE **Jimenez, Manuel & Shadd-Jimenez, Rosey**                     Case No. _____
_____
Debtor(s)                                               (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0605, 07CH03965**<br><br>**Asc**<br>**7495 New Horizon Way**<br>**Frederick, MD  21703-8388** | | J | **first mortgage.  Secured by Residence at:  3447 W Le Moyne St, Chicago, IL 60651-2341**<br><br>VALUE $ **285,000.00** | | | | 238,800.00 | |
| ACCOUNT NO.<br><br>**Codilis And Assocs**<br>**15W030 N Frontage Rd Ste 100**<br>**Burr Ridge, IL  60527-6921** | | | **Assignee or other notification for:**<br>**Asc**<br><br>VALUE $ | | | | | |
| ACCOUNT NO. **0637**<br><br>**Chase Manhattan Mtge**<br>**3415 Vision Dr**<br>**Columbus, OH  43219-6009** | | J | **2nd mortgage.  Secured by Residence at:  3447 W Le Moyne St, Chicago, IL 60651-2341**<br><br>VALUE $ **285,000.00** | | | | 57,000.00 | 23,984.00 |
| ACCOUNT NO. **700669-305761**<br><br>**City Of Berwyn Police**<br>**6401 31st St**<br>**Berwyn, IL  60402-3106** | | J | **Utility or Cellular Service**<br><br>VALUE $ **285,000.00** | | | | 184.00 | |

_____**1** continuation sheets attached

Subtotal
(Total of this page)     $ **295,984.00**   $ **23,984.00**

Total
(Use only on last page)   $                    $

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Jimenez, Manuel & Shadd-Jimenez, Rosey**                    Case No. _____
_____
                    Debtor(s)                                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Textron Business Services, Inc**<br>**PO Box 81004**<br>**Woburn, MA  01813-1004** | | J | loan on land in Nevada<br><br><br>VALUE $ **20,000.00** | | | | **13,000.00** | |
| ACCOUNT NO.<br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br> | | | <br><br>VALUE $ | | | | | |

Sheet no. ___**1**___ of ___**1**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)    $ **13,000.00**   $

Total
(Use only on last page)    $ **308,984.00**   $ **23,984.00**

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07)

IN RE **Jimenez, Manuel & Shadd-Jimenez, Rosey**         Case No. _____
               Debtor(s)                                 (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE **Jimenez, Manuel & Shadd-Jimenez, Rosey**                                    Case No. _____
_____
                    Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Accelerated Rehab Centers<br>2396 Momentum Pl<br>Chicago, IL  60689-0001** | | J | **Medical or Dental Bill** | | | | **601.00** |
| ACCOUNT NO. **2012383658**<br>**Afni, Inc.<br>PO Box 3427<br>Bloomington, IL  61702-3427** | | W | **Open account opened 4/06** | | | | **1,343.00** |
| ACCOUNT NO.<br>**Cingular Wireless<br>2612 N Roan St<br>Johnson City, TN  37601-1708** | | | **Assignee or other notification for:<br>Afni, Inc.** | | | | |
| ACCOUNT NO. **80615096100**<br>**American Airlines Fcu<br>PO Box 619001<br>Dallas, TX  75261-9001** | | W | **Revolving account opened 12/95** | | | | **12,798.00** |

**12** continuation sheets attached

Subtotal
(Total of this page)   $  **14,742.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Jimenez, Manuel & Shadd-Jimenez, Rosey**                              Case No. _____

_____
Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **33416505**<br>**Asset Acceptance Llc**<br>**PO Box 2036**<br>**Warren, MI 48090-2036** | | H | Open account opened 5/07 | | | | **1,804.00** |
| ACCOUNT NO.<br>**Cac Financial Corp**<br>**2601 NW Expressway Ste 1000 East**<br>**Oklahoma City, OK 73112-7272** | | | Assignee or other notification for: Asset Acceptance Llc | | | | |
| ACCOUNT NO.<br>**Gemb/ Walmart**<br>**Attn: Bankruptcy**<br>**PO Box 103106**<br>**Roswell, GA 30076-9106** | | | Assignee or other notification for: Asset Acceptance Llc | | | | |
| ACCOUNT NO.<br>**J.C. Christensen & Assoc**<br>**PO Box 519**<br>**Sauk Rapids, MN 56379-0519** | | | Assignee or other notification for: Asset Acceptance Llc | | | | |
| ACCOUNT NO. **28720910**<br>**Asset Acceptance Llc**<br>**PO Box 2036**<br>**Warren, MI 48090-2036** | | W | Open account opened 11/06 | | | | **588.00** |
| ACCOUNT NO.<br>**At&T**<br>**PO Box 8100**<br>**Aurora, IL 60507-8100** | | | Assignee or other notification for: Asset Acceptance Llc | | | | |
| ACCOUNT NO. **628350**<br>**Awa Collect**<br>**For American Eagle Airlines**<br>**PO Box 6605**<br>**Orange, CA 92863-6605** | | W | | | | | **524.00** |

Sheet no. **1** of **12** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **2,916.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Jimenez, Manuel & Shadd-Jimenez, Rosey**                    Case No. _____
                                                  Debtor(s)                                    (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**American Eagle Airlines**<br>**7645 E 63rd St**<br>**Tulsa, OK  74133-1208** | | | Assignee or other notification for:<br>**Awa Collect** | | | | |
| ACCOUNT NO. **443548910019**<br>**Bank Of America**<br>**PO Box 84006**<br>**Columbus, GA  31908** | | W | **Revolving account opened 5/98** | | | | **115.00** |
| ACCOUNT NO. **4862-3624-0501-9426**<br>**Capital One**<br>**PO Box 85520**<br>**Richmond, VA  23285-5520** | | H | **Revolving account opened 1/04** | | | | **1,193.00** |
| ACCOUNT NO.<br>**Allied Interstate**<br>**3000 Corporate Exchange Dr 5th Fl**<br>**Columbus, OH  43231-7689** | | | Assignee or other notification for:<br>**Capital One** | | | | |
| ACCOUNT NO.<br>**Blatt Hasenmiller Leibsker Moore**<br>**125 S Wacker Dr Ste 400**<br>**Chicago, IL  60606-4424** | | | Assignee or other notification for:<br>**Capital One** | | | | |
| ACCOUNT NO.<br>**TSYS Debt Management**<br>**PO Box 137**<br>**Columbus, GA  31902-0137** | | | Assignee or other notification for:<br>**Capital One** | | | | |
| ACCOUNT NO.<br>**United Recovery Systems**<br>**5800 N Course Dr**<br>**Houston, TX  77072-1613** | | | Assignee or other notification for:<br>**Capital One** | | | | |

Sheet no. __**2**__ of __**12**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | **1,308.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE Jimenez, Manuel & Shadd-Jimenez, Rosey      Case No. _____

<div align="right">Debtor(s)               (If known)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 98M1115718<br>**Catholic Health Partners**<br>**C/O Hoevel Talbot Assoc**<br>**225 W Washington St**<br>**Chicago, IL 60606-2418** | | J | judgment | | | | 386.00 |
| ACCOUNT NO. 8831703<br>**Cba**<br>**25954 Eden Landing Rd**<br>**Hayward, CA 94545-3899** | | W | | | | | 589.00 |
| ACCOUNT NO.<br>**Sbc**<br>**225 W Randolph St**<br>**Chicago, IL 60606-1838** | | | Assignee or other notification for:<br>Cba | | | | |
| ACCOUNT NO. 410413750734<br>**Chase**<br>**800 Brooksedge Blvd**<br>**Westerville, OH 43081-2822** | | H | Revolving account opened 7/03 | | | | 310.00 |
| ACCOUNT NO.<br>**Chicago Behavioral Health**<br>**2800 N Sheridan Rd Ste 610**<br>**Chicago, IL 60657-6157** | | J | Medical or Dental Bill | | | | 255.00 |
| ACCOUNT NO.<br>**Clerk Of The Circuit Court Cook County Accounting**<br>**50 W Washington St Rm 1005**<br>**Chicago, IL 60602-1464** | | J | court fees | | | | 188.00 |
| ACCOUNT NO. 601100701072<br>**Discover Fin Svcs Llc**<br>**PO Box 15316**<br>**Wilmington, DE 19850-5316** | | J | Revolving account opened 1/03 | | | | 6,062.00 |

Sheet no. **3** of **12** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div align="right">Subtotal<br>(Total of this page) $ 7,790.00</div>

<div align="right">Total<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $</div>

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Jimenez, Manuel & Shadd-Jimenez, Rosey**                    Case No. _____
                    Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Encore Receivable Management**<br>**PO Box 47248**<br>**Oak Park, MI 48237-4948** | | | **Assignee or other notification for:**<br>**Discover Fin Svcs Llc** | | | | |
| ACCOUNT NO.<br>**Nco Financial**<br>**507 Prudential Rd**<br>**Horsham, PA 19044-2308** | | | **Assignee or other notification for:**<br>**Discover Fin Svcs Llc** | | | | |
| ACCOUNT NO.<br>**Northland Group, Inc**<br>**PO Box 390846**<br>**Minneapolis, MN 55439-0846** | | | **Assignee or other notification for:**<br>**Discover Fin Svcs Llc** | | | | |
| ACCOUNT NO.<br>**TSYS Debt Management**<br>**PO Box 137**<br>**Columbus, GA 31902-0137** | | | **Assignee or other notification for:**<br>**Discover Fin Svcs Llc** | | | | |
| ACCOUNT NO. **298402683**<br>**Dyck Oneal Inc**<br>**15301 Spectrum Dr**<br>**Addison, TX 75001-4665** | | H | **Installment account opened 1/07** | | | | **56,161.00** |
| ACCOUNT NO. **297226534**<br>**Fed Ex**<br>**PO Box 94515**<br>**Palatine, IL 60094-4515** | | J | **postage** | | | | **25.00** |
| ACCOUNT NO. **04M1158100**<br>**First North American**<br>**C/O Blatt, Hasenmiller**<br>**125 S Wacker Dr Ste 400**<br>**Chicago, IL 60606-4440** | | J | **Judgment** | | | | **3,102.00** |

Sheet no. **4** of **12** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **59,288.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Jimenez, Manuel & Shadd-Jimenez, Rosey**                    Case No. _____
_____
                        Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5000077331** <br><br> **Fremont Investment  And  L** <br> **175 N Riverview Dr** <br> **Anaheim, CA  92808-1225** | | | **Notice only.  Foreclosure Dec 2007.  Mortgage account opened 11/03** | | | | **0.00** |
| ACCOUNT NO. <br><br> **Freedman Anselmo Lindberg Rappe** <br> **1807 W Diehl Rd Ste 333** <br> **Naperville, IL  60563-1890** | | | **Assignee or other notification for: Fremont Investment  And  L** | | | | |
| ACCOUNT NO. **10340073** <br><br> **Harvard Collection** <br> **For Emer Car Phys Serv** <br> **4839 N Elston Ave** <br> **Chicago, IL  60630-2534** | | H | **Open account opened 9/07** | | | | **275.00** |
| ACCOUNT NO. <br><br> **Emergency Healthcare Phys** <br> **39182 Treasury Ctr** <br> **Chicago, IL  60694-0001** | | | **Assignee or other notification for: Harvard Collection** | | | | |
| ACCOUNT NO. **06M1176696** <br><br> **HBLC** <br> **C/O Steven Fink** <br> **25 E Washington St Ste 1233** <br> **Chicago, IL  60602-1876** | | J | **Judgment** | | | | **13,403.00** |
| ACCOUNT NO. **8108, 07663520** <br><br> **Hsbc Nv** <br> **Attn:  Bankruptcy** <br> **PO Box 5213** <br> **Carol Stream, IL  60197-5213** | | J | **Revolving credit card charges incurred over the past several years.** | | | | **5,458.00** |
| ACCOUNT NO. <br><br> **Messerli & Kramer** <br> **3033 Campus Dr Ste 250** <br> **Minneapolis, MN  55441-2662** | | | **Assignee or other notification for: Hsbc Nv** | | | | |

Sheet no. ___**5**___ of ___**12**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **19,136.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Jimenez, Manuel & Shadd-Jimenez, Rosey**          Case No. _____

<table>
<tr><td>Debtor(s)</td><td>(If known)</td></tr>
</table>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

<table>
<tr>
<th>CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. <em>(See Instructions Above.)</em></th>
<th>CODEBTOR</th>
<th>HUSBAND, WIFE, JOINT, OR COMMUNITY</th>
<th>DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE</th>
<th>CONTINGENT</th>
<th>UNLIQUIDATED</th>
<th>DISPUTED</th>
<th>AMOUNT OF CLAIM</th>
</tr>
<tr>
<td>ACCOUNT NO. <strong>700119110488</strong><br><br><strong>Hsbc/bsbuy<br>1405 Foulk Rd<br>Wilmington, DE 19803-2727</strong></td>
<td></td>
<td>J</td>
<td>Revolving account opened 7/01</td>
<td></td>
<td></td>
<td></td>
<td><br><br><br>0.00</td>
</tr>
<tr>
<td>ACCOUNT NO.<br><br><strong>Mercantile<br>PO Box 9016<br>Buffalo, NY 14231-9016</strong></td>
<td></td>
<td></td>
<td>Assignee or other notification for: Hsbc/bsbuy</td>
<td></td>
<td></td>
<td></td>
<td></td>
</tr>
<tr>
<td>ACCOUNT NO. <strong>9501447</strong><br><br><strong>Illinois Collection Se<br>3101 W 95th St<br>Evergreen Park, IL 60805-2407</strong></td>
<td></td>
<td></td>
<td>Open account opened 12/06</td>
<td></td>
<td></td>
<td></td>
<td><br><br><br>132.00</td>
</tr>
<tr>
<td>ACCOUNT NO.<br><br><strong>Saint Joseph Hospital<br>2900 N Lake Shore Dr<br>Chicago, IL 60657-5640</strong></td>
<td></td>
<td></td>
<td>Assignee or other notification for: Illinois Collection Se</td>
<td></td>
<td></td>
<td></td>
<td></td>
</tr>
<tr>
<td>ACCOUNT NO. <strong>7685182</strong><br><br><strong>Illinois Collection Se<br>8231 185th St Ste 100<br>Tinley Park, IL 60477-9220</strong></td>
<td></td>
<td>W</td>
<td>Open account opened 1/05</td>
<td></td>
<td></td>
<td></td>
<td><br><br><br>58.00</td>
</tr>
<tr>
<td>ACCOUNT NO.<br><br><strong>Northwerstern Memorial Hospital<br>Attn Patient Accts<br>PO Box 73690<br>Chicago, IL 60673-0001</strong></td>
<td></td>
<td></td>
<td>Assignee or other notification for: Illinois Collection Se</td>
<td></td>
<td></td>
<td></td>
<td></td>
</tr>
<tr>
<td>ACCOUNT NO.<br><br><strong>Northwestern Faculty Foundation<br>38693 Eagle Way<br>Chicago, IL 60678-0001</strong></td>
<td></td>
<td></td>
<td>Assignee or other notification for: Illinois Collection Se</td>
<td></td>
<td></td>
<td></td>
<td></td>
</tr>
</table>

Sheet no. __**6**__ of __**12**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $          **190.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Jimenez, Manuel & Shadd-Jimenez, Rosey**                                    Case No. _____
_____
                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Illinois Department Of Human Services**<br>**401 S Clinton St**<br>**Chicago, IL 60607-3800** | | J | Overpayment of benefits | | | | **102.00** |
| ACCOUNT NO.<br>**Illinois Department Of Public Aid**<br>**401 S Clinton St 6th Fl**<br>**Chicago, IL 60607-3800** | | | Assignee or other notification for:<br>**Illinois Department Of Human Services** | | | | |
| ACCOUNT NO. **04376pw**<br>**Krol Obstetrics And Gynecology**<br>**6438 N Central Ave**<br>**Chicago, IL 60646-2935** | | J | Medical or Dental Bill | | | | **41.00** |
| ACCOUNT NO.<br>**Physicians Management Solutions**<br>**363 W Northwest Hwy**<br>**Palatine, IL 60067-2414** | | | Assignee or other notification for:<br>**Krol Obstetrics And Gynecology** | | | | |
| ACCOUNT NO. **12957902**<br>**Lincoln Park Obgyn**<br>**830 W Diversey Pkwy Ste 200**<br>**Chicago, IL 60614-1454** | | J | Medical or Dental Bill | | | | **416.00** |
| ACCOUNT NO.<br>**Northwest Collectors**<br>**3601 Algonquin Rd Ste 232**<br>**Rolling Meadows, IL 60008-3106** | | | Assignee or other notification for:<br>**Lincoln Park Obgyn** | | | | |
| ACCOUNT NO. **0000000012008835**<br>**Litton Loan Servicing**<br>**4828 Loop Central Dr**<br>**Houston, TX 77081-2212** | | H | Foreclosure deficiency on 2nd mortgage. | | | | **43,388.00** |

Sheet no. **7** of **12** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **43,947.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Jimenez, Manuel & Shadd-Jimenez, Rosey**    Case No. _____

Debtor(s)    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **00050043**<br>**Mark Allen Berk MD**<br>**Carla Sanchez Palacios**<br>**900 N Westmoreland Rd Ste 222**<br>**Lake Forest, IL  60045-1694** | | J | **Medical or Dental Bill** | | | | **109.00** |
| ACCOUNT NO. **1497769**<br>**Medical Collections Sy**<br>**For Emergency Ambulatory Care**<br>**725 S Wells St Ste 700**<br>**Chicago, IL  60607-4578** | | | **Installment account opened 7/03** | | | | **135.00** |
| ACCOUNT NO.<br>**Emergency   Ambulatory Care Co** | | | **Assignee or other notification for:**<br>**Medical Collections Sy** | | | | |
| ACCOUNT NO.<br>**Norwegian American Hospital**<br>**1044 N Francisco Ave**<br>**Chicago, IL  60622-2743** | | J | **Medical or Dental Bill** | | | | **1,089.00** |
| ACCOUNT NO. **p320577**<br>**Park West Family Physicians**<br>**830 W Diversey Pkwy**<br>**Chicago, IL  60614-1454** | | J | **Medical or Dental Bill** | | | | **625.00** |
| ACCOUNT NO. **p320577**<br>**Park West Family Physicians**<br>**6910 S Madison St**<br>**Willowbrook, IL  60527-5504** | | J | **Medical or Dental Bills** | | | | **2,222.00** |
| ACCOUNT NO.<br>**Atg Credit**<br>**PO Box 14895**<br>**Chicago, IL  60614-0895** | | | **Assignee or other notification for:**<br>**Park West Family Physicians** | | | | |

Sheet no. __8__ of __12__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **4,180.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Jimenez, Manuel & Shadd-Jimenez, Rosey**                          Case No. _____
_____                                                _____
                Debtor(s)                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **p317056** <br> **Park West Podiatry** <br> **350 S Northwest Hwy** <br> **Park Ridge, IL 60068-4233** | | J | **Medical or Dental Bill** | | | | **871.00** |
| ACCOUNT NO. **4352-3750-3140-2789** <br> **Portfolio Recvry And Affil** <br> **120 Corporate Blvd Ste 1** <br> **Norfolk, VA 23502-4962** | | W | **Open account opened 5/06** | | | | **9,008.00** |
| ACCOUNT NO. <br> **Elizabeth A Granoff** <br> **661 W Lake St Ste 2N** <br> **Chicago, IL 60661-1034** | | | **Assignee or other notification for: Portfolio Recvry And Affil** | | | | |
| ACCOUNT NO. <br> **Target, Inc** <br> **PO Box 9475** <br> **Minneapolis, MN 55440-9475** | | | **Assignee or other notification for: Portfolio Recvry And Affil** | | | | |
| ACCOUNT NO. **5394050260** <br> **Quest Diagnostics** <br> **PO Box 64804** <br> **Baltimore, MD 21264-4804** | | J | **Medical or Dental Bills** | | | | **2,536.00** |
| ACCOUNT NO. <br> **American Medical Collection Agency** <br> **2269 Saw Mill River Rd Ste 3** <br> **Elmsford, NY 10523-3839** | | | **Assignee or other notification for: Quest Diagnostics** | | | | |
| ACCOUNT NO. **chi12339** <br> **S&S Financial Lending** <br> **1121 S Military Trl # 303** <br> **Deerfield Beach, FL 33442-7604** | | J | **loan** | | | | **987.00** |

Sheet no. __**9**__ of __**12**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **13,402.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Jimenez, Manuel & Shadd-Jimenez, Rosey**                    Case No. _____
_____
Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **b0727100282,b0832700070**<br>**Saint Joseph Hospital**<br>**2900 N Lake Shore Dr**<br>**Chicago, IL 60657-5640** | | J | **Medical or Dental Bills** | | | | 852.00 |
| ACCOUNT NO. **5121-0797-0541-3257**<br>**Sears Citibank**<br>**Bankruptcy**<br>**PO Box 20363**<br>**Kansas City, MO 64195-0363** | | J | **Collections** | | | | 15,298.00 |
| ACCOUNT NO.<br>**Messerli & Kramer**<br>**3033 Campus Dr Ste 250**<br>**Minneapolis, MN 55441-2662** | | | **Assignee or other notification for:**<br>**Sears Citibank** | | | | |
| ACCOUNT NO. **7001191104880837**<br>**Sherman Acquisitions**<br>**PO Box 740281**<br>**Houston, TX 77274-0281** | | | **Open account opened 11/04** | | | | 4,696.00 |
| ACCOUNT NO.<br>**Best Buy Co, Inc**<br>**7601 Penn Ave S**<br>**Minneapolis, MN 55423-3645** | | | **Assignee or other notification for:**<br>**Sherman Acquisitions** | | | | |
| ACCOUNT NO.<br>**National Enterprise Systems**<br>**29125 Solon Rd**<br>**Solon, OH 44139-3442** | | | **Assignee or other notification for:**<br>**Sherman Acquisitions** | | | | |
| ACCOUNT NO.<br>**Ventus Capital Services**<br>**9700 Bissonnet St Ste 2000**<br>**Houston, TX 77036-8016** | | | **Assignee or other notification for:**<br>**Sherman Acquisitions** | | | | |

Sheet no. __**10**__ of __**12**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | **20,846.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Jimenez, Manuel & Shadd-Jimenez, Rosey**    Case No. _____
_____
Debtor(s)    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Social Security Administration**<br>**Attn Bankruptcy**<br>**77 W Washington St Ste 300**<br>**Chicago, IL  60602-3324** | | J | Overpayment of benefits | | | | 8,000.00 |
| ACCOUNT NO. **9991018**<br>**TCF Bank**<br>**800 Burr Ridge Pkwy**<br>**Burr Ridge, IL  60527-6486** | | J | bank fees | | | | 363.00 |
| ACCOUNT NO.<br>**Professional Account Management**<br>**Collections Services Division**<br>**PO Box 391**<br>**Milwaukee, WI  53201-0391** | | | Assignee or other notification for:<br>TCF Bank | | | | |
| ACCOUNT NO. **6035320075697977**<br>**The Home Depot/cbsd**<br>**PO Box 6497**<br>**Sioux Falls, SD  57117** | | J | Revolving account opened 5/00 | | | | 913.00 |
| ACCOUNT NO. **410413750734**<br>**Visa Credit Card Services**<br>**225 Chastain Meadows Ct NW**<br>**Kennesaw, GA  30144-5841** | | | Revolving account opened 7/03 | | | | 2,419.00 |
| ACCOUNT NO. **8722188387218839**<br>**Wfnnb/victorias Secret**<br>**PO Box 182128**<br>**Columbus, OH  43218-2128** | | W | Revolving account opened 6/00 | | | | 332.00 |
| ACCOUNT NO.<br>**Plaza Associates**<br>**PO Box 18008**<br>**Hauppauge, NY  11788-8808** | | | Assignee or other notification for:<br>Wfnnb/victorias Secret | | | | |

Sheet no. __11__ of __12__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **12,027.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Jimenez, Manuel & Shadd-Jimenez, Rosey**                Case No. _____
_____                                        (If known)
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9001** <br><br>**Wings Financial Fcu** <br>**14985 Glazier Ave** <br>**Saint Paul, MN  55124-7484** | | J | loan | | | | 1,280.00 |
| ACCOUNT NO. <br><br>**Chex Systems** <br>**7805 Hudson Rd Ste 100** <br>**Saint Paul, MN  55125-1595** | | | **Assignee or other notification for:** <br>**Wings Financial Fcu** | | | | |
| ACCOUNT NO. <br><br>**Telecheck** <br>**5251 Westheimer Rd** <br>**Houston, TX  77056-5412** | | | **Assignee or other notification for:** <br>**Wings Financial Fcu** | | | | |
| ACCOUNT NO. **0437gpw** <br><br>**Women For Women Ob/Gyn** <br>**6438 N Central Ave** <br>**Chicago, IL  60646-2935** | | J | **Medical or Dental Bill** | | | | 41.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **12** of **12** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,321.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **201,093.00**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6I (Official Form 6I) (12/07)

IN RE **Jimenez, Manuel & Shadd-Jimenez, Rosey**                                    Case No. _____
                              Debtor(s)                                                              (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Dependent**<br>**Dependend In School** | AGE(S):<br>**15**<br>**20** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **ESE** | |
| Name of Employer | **Delta Airlines** | **Disabled** |
| How long employed | **14 years** | |
| Address of Employer | **Eagan, MN** | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)

|  | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ 3,226.43 | $ _____ |
| 2. Estimated monthly overtime | $ _____ | $ _____ |
| **3. SUBTOTAL** | $ 3,226.43 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and Social Security | $ 712.48 | $ _____ |
| b. Insurance | $ 441.70 | $ _____ |
| c. Union dues | $ 48.75 | $ _____ |
| d. Other (specify) _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ 1,202.93 | $ 0.00 |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ 2,023.50 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ _____ | $ _____ |
| 8. Income from real property | $ _____ | $ _____ |
| 9. Interest and dividends | $ _____ | $ _____ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ _____ | $ _____ |
| 11. Social Security or other government assistance | | |
| (Specify) **Disability** | $ _____ | $ 859.00 |
| **Social Security For Son** | $ _____ | $ 96.00 |
| 12. Pension or retirement income | $ _____ | $ _____ |
| 13. Other monthly income | | |
| (Specify) _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ _____ | $ 955.00 |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ 2,023.50 | $ 955.00 |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)

$ 2,978.50

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6J (Official Form 6J) (12/07)

IN RE **Jimenez, Manuel & Shadd-Jimenez, Rosey**                    Case No. _____
_____
Debtor(s)                                                    (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|--:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,000.00 |
| a. Are real estate taxes included?    Yes _____  No ✓ | | |
| b. Is property insurance included?  Yes _____  No ✓ | | |
| 2. Utilities: | | |
| a. Electricity and heating fuel | $ | 80.00 |
| b. Water and sewer | $ | |
| c. Telephone | $ | 110.00 |
| d. Other | $ | |
| | $ | |
| 3. Home maintenance (repairs and upkeep) | $ | |
| 4. Food | $ | 500.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 25.00 |
| 7. Medical and dental expenses | $ | 50.00 |
| 8. Transportation (not including car payments) | $ | 150.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | |
| 10. Charitable contributions | $ | 100.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 267.00 |
| b. Life | $ | |
| c. Health | $ | |
| d. Auto | $ | 100.00 |
| e. Other | $ | |
| | $ | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | |
| | $ | |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | |
| b. Other  **Mortgage Payment For NV Land** | $ | 222.05 |
| | $ | |
| 14. Alimony, maintenance, and support paid to others | $ | |
| 15. Payments for support of additional dependents not living at your home | $ | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | |
| 17. Other | $ | |
| | $ | |
| | $ | |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.                $ 3,704.05

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**

| | | |
|---|---|--:|
| a. Average monthly income from Line 15 of Schedule I | $ | 2,978.50 |
| b. Average monthly expenses from Line 18 above | $ | 3,704.05 |
| c. Monthly net income (a. minus b.) | $ | -725.55 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **Jimenez, Manuel & Shadd-Jimenez, Rosey**                                   Case No. _____
                                          Debtor(s)                                                      (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ 27 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **March 11, 2009** _____     Signature: */s/ Manuel Jimenez* _____
                                                             **Manuel Jimenez**                                          Debtor

Date: **March 11, 2009** _____     Signature: */s/ Rosey Shadd-Jimenez* _____
                                                             **Rosey Shadd-Jimenez**                        (Joint Debtor, if any)
                                                                                         [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

Address

_____     _____
Signature of Bankruptcy Petition Preparer                                     Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____     Signature: _____

                                       _____
                                       (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (12/07)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                    Case No. _____

Jimenez, Manuel & Shadd-Jimenez, Rosey                    Chapter **7** _____
_____
            Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business,
☐      including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT     SOURCE
41,124.00  2007 Income from employment (husband)

44,000.00  2008 Income from employment (husband)

3,220.00   2009 Income from employment (monthly) (husband)

9,600.00   2007 Income from rents

**property at 1333 N Avers, Chicago, IL  60651 foreclosed Dec 2007**

---

**2. Income other than from employment or operation of business**

None  State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the
☐     **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT     SOURCE
9,600.00   2007 Income from disability (wife)

9,600.00   2008 Income from disability (wife)

859.00     2009 Income from disability (monthly) (wife)

2,400.00   2007 Income from social security for son

804.00     2008 Income from social security for son

96.00      2009 Income from social security for son (monthly)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

6,000.00  **2008 worker's compensation settlement (husband)**

**March 2008**

1,016.00  **2008 Income from stock sale**

1,024.00  **2009 Income from stock sale**

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None
☑ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **US Bank National vs Manuel Jimenez and Rosey Jimenez; 07CH03965** | **Foreclsoure** | **Cook County Circuit Court, Chancery** | **Pending** |
| **HBLC Inc vs Manuel Jimenez; 06M1176696** | **Collections** | **Cook County Circuit Court** | **Pending** |
| **Porfolio Recovery Associates vs Rosey T. Shadd; 08M1134572** | **Collections** | **Cook County Circuit Court** | **Pending** |

---

None
☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**5. Repossessions, foreclosures and returns**

None
☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**6. Assignments and receiverships**

None
☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

---

None
☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**7. Gifts**

None ☐ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Seed Of Abraham**<br>**Chicago, IL** | | **2008 - 2009** | **tithes - $1200** |

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Gleason And Gleason LLC**<br>**77 W Washington, Ste 1218**<br>**Chicago, IL  60602** | **8/31/2007** | **676.00** |

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Delta Air Lines, INC**<br>**PO Box 20709**<br>**Atlanta, GA  30320** | **stocks** | **sold 200 shares.  Received $1016 in December 2008 and $1024 in January 2009.** |

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☑ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.


Date: **March 11, 2009**      Signature   ***/s/ Manuel Jimenez***

of Debtor                                       **Manuel Jimenez**


Date: **March 11, 2009**      Signature   ***/s/ Rosey Shadd-Jimenez***

of Joint Debtor                              **Rosey Shadd-Jimenez**

(if any)

_____ **0** continuation pages attached


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**

**Northern District of Illinois**

IN RE:                                                                    Case No. _____

**Jimenez, Manuel & Shadd-Jimenez, Rosey** _____    Chapter **7** _____
Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 310,000.00 | | |
| B - Personal Property | Yes | 3 | $ 51,387.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 308,984.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | $ 201,093.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 2,978.50 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 3,704.05 |
| TOTAL | | 25 | $ 361,387.00 | $ 510,077.00 | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Form 6 - Statistical Summary (12/07)**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
### Northern District of Illinois

IN RE:                                                        Case No. _____

Jimenez, Manuel & Shadd-Jimenez, Rosey _____      Chapter **7** _____
                    Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | | Amount |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| **TOTAL** | $ | **0.00** |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | 2,978.50 |
| Average Expenses (from Schedule J, Line 18) | $ | 3,704.05 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | 3,226.43 |

**State the following:**

| | | | | |
|---|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | | $ | 23,984.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | 0.00 | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | | $ | 0.00 |
| 4. Total from Schedule F | | | $ | 201,093.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | | $ | 225,077.00 |

B1D (Official Form 1, Exhibit D) (12/08)

## United States Bankruptcy Court
## Northern District of Illinois

IN RE:                                                                                  Case No. _____

Jimenez, Manuel                                                                          Chapter **7** _____
_____
               Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

   ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

   ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: **_/s/ Manuel Jimenez_** _____

Date: **March 11, 2009** _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/08)

### United States Bankruptcy Court
### Northern District of Illinois

IN RE:                                                                    Case No. _____

**Shadd-Jimenez, Rosey**                                                  Chapter **7** _____
<div style="text-align:center">Debtor(s)</div>

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

　☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

　☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

　☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: **/s/ Rosey Shadd-Jimenez** _____

Date: **March 11, 2009** _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B8 (Official Form 8) (12/08)**

<div align="center">

**United States Bankruptcy Court**

**Northern District of Illinois**

</div>

IN RE:                                                          Case No. _____

Jimenez, Manuel & Shadd-Jimenez, Rosey                  Chapter **7** _____
_____
Debtor(s)

<div align="center">

**CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION**

</div>

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:** <br> **Asc** | **Describe Property Securing Debt:** <br> **Residence at:** |

Property will be *(check one)*:
☑ Surrendered ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt ☐ Not claimed as exempt

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:** <br> **Chase Manhattan Mtge** | **Describe Property Securing Debt:** <br> **Residence at:** |

Property will be *(check one)*:
☑ Surrendered ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt ☐ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ☐ Yes ☐ No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ☐ Yes ☐ No |

___**1** continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: _____**March 11, 2009**_____        ___**/s/ Manuel Jimenez**_____
                                             Signature of Debtor

                                             ___**/s/ Rosey Shadd-Jimenez**_____
                                             Signature of Joint Debtor

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B8 (Official Form 8) (12/08)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### *(Continuation Sheet)*

**PART A** – Continuation

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**City Of Berwyn Police** | **Describe Property Securing Debt:**<br>**Residence at:** |

Property will be *(check one)*:
☑ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt   ☐ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Litton Loan Servicing** | **Describe Property Securing Debt:**<br>**Residence at:** |

Property will be *(check one)*:
☑ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt   ☐ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Textron Business Services, Inc** | **Describe Property Securing Debt:**<br>**1/4 acre of non-developed/ vacant land in Prahrump, NV** |

Property will be *(check one)*:
☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☑ Not claimed as exempt

**PART B** – Continuation

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

Continuation sheet ___1___ of ___1___

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                    Case No. _____

Jimenez, Manuel & Shadd-Jimenez, Rosey                    Chapter **7**_____
                        Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors _____ **85**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **March 11, 2009**_____   **/s/ Manuel Jimenez**_____
                                          Debtor


                                          **/s/ Rosey Shadd-Jimenez**_____
                                          Joint Debtor

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Jimenez, Manuel
3447 W Le Moyne St
Chicago, IL  60651-2341

Asset Acceptance Llc
PO Box 2036
Warren, MI  48090-2036

Cba
25954 Eden Landing Rd
Hayward, CA  94545-3899

Shadd-Jimenez, Rosey
3447 W Le Moyne St
Chicago, IL  60651-2341

At&T
PO Box 8100
Aurora, IL  60507-8100

Chase
800 Brooksedge Blvd
Westerville, OH  43081-2822

Gleason & Gleason
77 W Washington, Ste 1218
Chicago, IL  60602

Atg Credit
PO Box 14895
Chicago, IL  60614-0895

Chase Manhattan Mtge
3415 Vision Dr
Columbus, OH  43219-6009

Accelerated Rehab Centers
2396 Momentum Pl
Chicago, IL  60689-0001

Awa Collect
For American Eagle Airlines
PO Box 6605
Orange, CA  92863-6605

Chex Systems
7805 Hudson Rd Ste 100
Saint Paul, MN  55125-1595

Afni, Inc.
PO Box 3427
Bloomington, IL  61702-3427

Bank Of America
PO Box 84006
Columbus, GA  31908

Chicago Behavioral Health
2800 N Sheridan Rd Ste 610
Chicago, IL  60657-6157

Allied Interstate
3000 Corporate Exchange Dr 5th Fl
Columbus, OH  43231-7689

Best Buy Co, Inc
7601 Penn Ave S
Minneapolis, MN  55423-3645

Cingular Wireless
2612 N Roan St
Johnson City, TN  37601-1708

American Airlines Fcu
PO Box 619001
Dallas, TX  75261-9001

Blatt Hasenmiller Leibsker Moore
125 S Wacker Dr Ste 400
Chicago, IL  60606-4424

City Of Berwyn Police
6401 31st St
Berwyn, IL  60402-3106

American Eagle Airlines
7645 E 63rd St
Tulsa, OK  74133-1208

Cac Financial Corp
2601 NW Expressway Ste 1000 East
Oklahoma City, OK  73112-7272

Clerk Of The Circuit Court Cook County
Accounting
50 W Washington St Rm 1005
Chicago, IL  60602-1464

American Medical Collection Agency
2269 Saw Mill River Rd Ste 3
Elmsford, NY  10523-3839

Capital One
PO Box 85520
Richmond, VA  23285-5520

Codilis And Assocs
15W030 N Frontage Rd Ste 100
Burr Ridge, IL  60527-6921

Asc
7495 New Horizon Way
Frederick, MD  21703-8388

Catholic Health Partners
C/O Hoevel Talbot Assoc
225 W Washington St
Chicago, IL  60606-2418

Discover Fin Svcs Llc
PO Box 15316
Wilmington, DE  19850-5316

**Dyck Oneal Inc**
15301 Spectrum Dr
Addison, TX  75001-4665

**HBLC**
C/O Steven Fink
25 E Washington St Ste 1233
Chicago, IL  60602-1876

**Litton Loan Servicing**
4828 Loop Central Dr
Houston, TX  77081-2212

**Elizabeth A Granoff**
661 W Lake St Ste 2N
Chicago, IL  60661-1034

**Hsbc Nv**
Attn:  Bankruptcy
PO Box 5213
Carol Stream, IL  60197-5213

**Mark Allen Berk MD**
Carla Sanchez Palacios
900 N Westmoreland Rd Ste 222
Lake Forest, IL  60045-1694

**Emergency Healthcare Phys**
39182 Treasury Ctr
Chicago, IL  60694-0001

**Hsbc/bsbuy**
1405 Foulk Rd
Wilmington, DE  19803-2727

**Medical Collections Sy**
For Emergency Ambulatory Care
725 S Wells St Ste 700
Chicago, IL  60607-4578

**Encore Receivable Management**
PO Box 47248
Oak Park, MI  48237-4948

**Illinois Collection Se**
3101 W 95th St
Evergreen Park, IL  60805-2407

**Mercantile**
PO Box 9016
Buffalo, NY  14231-9016

**Fed Ex**
PO Box 94515
Palatine, IL  60094-4515

**Illinois Collection Se**
8231 185th St Ste 100
Tinley Park, IL  60477-9220

**Messerli & Kramer**
3033 Campus Dr Ste 250
Minneapolis, MN  55441-2662

**First North American**
C/O Blatt, Hasenmiller
125 S Wacker Dr Ste 400
Chicago, IL  60606-4440

**Illinois Department Of Human Services**
401 S Clinton St
Chicago, IL  60607-3800

**National Enterprise Systems**
29125 Solon Rd
Solon, OH  44139-3442

**Freedman Anselmo Lindberg Rappe**
1807 W Diehl Rd Ste 333
Naperville, IL  60563-1890

**Illinois Department Of Public Aid**
401 S Clinton St 6th Fl
Chicago, IL  60607-3800

**Nco Financial**
507 Prudential Rd
Horsham, PA  19044-2308

**Fremont Investment  And  L**
175 N Riverview Dr
Anaheim, CA  92808-1225

**J.C. Christensen & Assoc**
PO Box 519
Sauk Rapids, MN  56379-0519

**Northland Group, Inc**
PO Box 390846
Minneapolis, MN  55439-0846

**Gemb/ Walmart**
Attn:  Bankruptcy
PO Box 103106
Roswell, GA  30076-9106

**Krol Obstetrics And Gynecology**
6438 N Central Ave
Chicago, IL  60646-2935

**Northwerstern Memorial Hospital**
Attn Patient Accts
PO Box 73690
Chicago, IL  60673-0001

**Harvard Collection**
For Emer Car Phys Serv
4839 N Elston Ave
Chicago, IL  60630-2534

**Lincoln Park Obgyn**
830 W Diversey Pkwy Ste 200
Chicago, IL  60614-1454

**Northwest Collectors**
3601 Algonquin Rd Ste 232
Rolling Meadows, IL  60008-3106

Northwestern Faculty Foundation
38693 Eagle Way
Chicago, IL  60678-0001

S&S Financial Lending
1121 S Military Trl # 303
Deerfield Beach, FL  33442-7604

The Home Depot/cbsd
PO Box 6497
Sioux Falls, SD  57117

Norwegian American Hospital
1044 N Francisco Ave
Chicago, IL  60622-2743

Saint Joseph Hospital
2900 N Lake Shore Dr
Chicago, IL  60657-5640

TSYS Debt Management
PO Box 137
Columbus, GA  31902-0137

Park West Family Physicians
830 W Diversey Pkwy
Chicago, IL  60614-1454

Sbc
225 W Randolph St
Chicago, IL  60606-1838

United Recovery Systems
5800 N Course Dr
Houston, TX  77072-1613

Park West Family Physicians
6910 S Madison St
Willowbrook, IL  60527-5504

Sears Citibank
Bankruptcy
PO Box 20363
Kansas City, MO  64195-0363

Ventus Capital Services
9700 Bissonnet St Ste 2000
Houston, TX  77036-8016

Park West Podiatry
350 S Northwest Hwy
Park Ridge, IL  60068-4233

Sherman Acquisitions
PO Box 740281
Houston, TX  77274-0281

Visa Credit Card Services
225 Chastain Meadows Ct NW
Kennesaw, GA  30144-5841

Physicians Management Soluctions
363 W Northwest Hwy
Palatine, IL  60067-2414

Social Security Administration
Attn Bankruptcy
77 W Washington St Ste 300
Chicago, IL  60602-3324

Wfnnb/victorias Secret
PO Box 182128
Columbus, OH  43218-2128

Plaza Associates
PO Box 18008
Hauppauge, NY  11788-8808

Target
PO Box 9475
Minneapolis, MN  55440-9475

Wings Financial Fcu
14985 Glazier Ave
Saint Paul, MN  55124-7484

Portfolio Recvry And Affil
120 Corporate Blvd Ste 1
Norfolk, VA  23502-4962

TCF Bank
800 Burr Ridge Pkwy
Burr Ridge, IL  60527-6486

Women For Women Ob/Gyn
6438 N Central Ave
Chicago, IL  60646-2935

Professional Account Management
Collections Services Division
PO Box 391
Milwaukee, WI  53201-0391

Telecheck
5251 Westheimer Rd
Houston, TX  77056-5412

Quest Diagnostics
PO Box 64804
Baltimore, MD  21264-4804

Textron Business Services, Inc
PO Box 81004
Woburn, MA  01813-1004

# Social Security Administration
## Retirement, Survivors and Disability Insurance
Important Information

000001832  01 MB   0.369  T027,ROA,0702,PC7,N,BA.

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date:  July 9, 2008
Claim Number:  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HA

ROSEY SHADD JIMENEZ
3440 W LEMOYNE
1ST FL
CHICAGO IL 60651-2340

As we told you in our prior letter, you do not have to pay us back the money.
Based on this, you will receive benefits as follows:

| Month(s) | Amount you will receive | Amount withheld | Balance you owe |
|----------|-------------------------|-----------------|-----------------|
| 07/08 | $800.00 | $0.00 | $0.00 |

If you pay Medicare premiums or health plan premiums, they have been deducted
from the amount shown under the heading "Amount you will receive."

## What We Will Pay And When

You will receive $800.00 for July 2008 in August 2008.

After that, you will receive $800.00 on or about the third of each month.

## If You Have Any Questions

We invite you to visit our website at www.socialsecurity.gov on the Internet to
find general information about Social Security.  If you have any specific
questions, you may call us toll-free at 1-800-772-1213, or call your local Social
Security office at 866-358-3532.  We can answer most questions over the phone.
If you are deaf or hard of hearing, you may call our TTY number,
1-800-325-0778.  You can also write or visit any Social Security office.  The office
that serves your area is located at:

SOCIAL SECURITY
5130 WEST NORTH AVENUE
CHICAGO IL 60639

C

See Next Page

# Northwest Airlines

Close Window    Print a Copy

MANUEL JIMENEZ
NW 50 221764
CHECK# 8388066

| | FED | EX | ADDL | STATE | EX | ADDL | | |
|---|---|---|---|---|---|---|---|---|
| | S | 0 | 5.00 | S | 0 | 5.00 | PERIOD BEGIN: | 11/1/2008 |
| | | | | | | | PERIOD END: | 11/14/2008 |
| | | | | | | | CHECK DATE: | 11/21/2008 |

## STATEMENT OF EARNINGS AND DEDUCTIONS

| EARNINGS | RATE | HOURS | CURRENT | YTD | TAXES/DEDUCTIONS | CURRENT | YTD | TAXABLE EARNINGS CURR | YTD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR EARNING | 18.0600 | 74.00 | 1336.44 | 24235.29 | FEDERAL TAX | 177.41 | 5679.16 | 1332.14 | 35795.70 |
| OVERTIME EARN | | | .00 | 128.55 | SOCIAL SEC TAX | 86.29 | 2300.37 | 1391.70 | 37102.74 |
| HOLIDAY PAY | | | .00 | 144.48 | MEDICARE TAX | 20.18 | 537.99 | 1391.70 | 37102.74 |
| HOLIDAY 2T | | | .00 | 882.06 | ILLINOIS | 44.96 | 1193.49 | 1332.14 | 35795.70 |
| HOLIDAY-PERSNL | | | .00 | 288.96 | PR CAPITA SHRS | .00 | 1324.80 | | |
| VACATION PAY | 18.0600 | 8.00 | 144.48 | 2456.16 | EARNINGS SHRS | .00 | 2315.52 | | |
| LINE PAY | 0.1000 | 82.00 | 8.20 | 158.25 | RECOGN AWARD | .00 | 25.00 | | |
| BEREAVEMENT | | | .00 | 433.44 | TRAVEL PROGRAM | .00 | 558.72 | | |
| HOLIDAY RECOGN | | | .00 | 434.63 | PASS TRAVEL | .00 | 116.64 | | |
| PERFORM INCENT | | | .00 | 240.80 | RETIREE SAV * | 59.56 | 1307.04 | | |
| CLAIM PAYMENT | | | .00 | 50.77 | 401K LOAN 1 | .00 | 467.20 | | |
| PR CAPITA SHRS | | | .00 | 1324.80 | RELIASTAR INS | 123.79 | 2723.38 | | |
| PR CPTA SHR TX | | | .00 | 737.28 | MEDICAL* | 88.51 | 1947.22 | | |
| EARNINGS SHRS | | | .00 | 2315.52 | DENTAL* | 8.91 | 196.02 | | |
| EARNING SHR TX | | | .00 | 1290.24 | LTD INS | .00 | 311.35 | | |
| PROFIT SHARE | | | .00 | 1702.55 | UNION DUES | .00 | 495.00 | | |
| RECOGN AWARD | | | .00 | 25.00 | SIK/OJI DEDUCT | .00 | 748.68 | | |
| RECOGN TAX | | | .00 | 8.91 | ACH DEPOSIT | 879.51 | 16998.40 | | |
| TRAVEL PROGRAM | | | .00 | 558.72 | | | | | |
| TRVL PROGRM TX | | | .00 | 309.53 | | | | | |
| ---TRUST PAY--- | | | | | | | | | |
| SICK PERCENT | | | .00 | 1511.64 | | | | | |
| LINE PY SK/OJI | | | .00 | 8.40 | | | | | |

VAC BAL:   2.10
SICK BAL:  32.00
OJI BAL:  879.00
CONV VAC:

TAX STATUS CHANGED? INCORRECT? GO TO ACCESS-EMPLINFO-W4TAX
NEED TO UPDATE YOUR ADDRESS? GO TO ACCESS-EMPINFO-ADDRESS
STATE/LOCAL TAX INCORRECT? SEND E-MAIL TO TAX.PAYROLL@NWA.COM
NAME OR SSN INCORRECT? SEND CORRECTIONS TO MAILSTOP A4730

| | TOTAL EARNINGS | PRE - TAX DEDUCTIONS * | TAXES | OTHER DEDUCTIONS | NET PAY | NON-TAXABLE EARNINGS # |
|---|---|---|---|---|---|---|
| CURRENT | 1489.12 | 156.98 | 328.84 | 123.79 | 879.51 | .00 |
| YEAR TO DATE | 39245.98 | 3450.28 | 9711.01 | 9086.29 | 16998.40 | .00 |

**nwa** NORTHWEST AIRLINES.    2700 LONE OAK PARKWAY
EAGAN, MN 55121-1534

DATE
11/21/2008

ADVICE NO
8388066

BANKONE                ACH DEPOSIT

PAYROLL ADVICE
879.51

NW 50 0524 5680 221764 WORDS
MANUEL JIMENEZ
3440 W LEMOYNE
CHICAGO IL 60651-2341

NORTHWEST AIRLINES
NOTICE OF DEPOSIT TO ACCOUNT
NON-NEGOTIABLE

# Northwest Airlines

Close Window | Print a Copy

MANUEL JIMENEZ
NW 50 221764
**CHECK#** 8413087

| FED | EX | ADDL | STATE | EX | ADDL |
|---|---|---|---|---|---|
| S | 0 | 5.00 | S | 0 | 5.00 |

**PERIOD BEGIN:** 11/15/2008
**PERIOD END:** 11/28/2008
**CHECK DATE:** 12/5/2008

**STATEMENT OF EARNINGS AND DEDUCTIONS**

| EARNINGS | RATE | HOURS | CURRENT | YTD | TAXES/DEDUCTIONS | CURRENT | YTD | TAXABLE EARNINGS CURR | TAXABLE EARNINGS YTD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR EARNING | 18.0600 | 81.00 | 1462.86 | 25698.15 | FEDERAL TAX | 207.92 | 5887.08 | 1454.17 | 37249.87 |
| OVERTIME EARN | | | .00 | 128.55 | SOCIAL SEC TAX | 94.17 | 2394.54 | 1518.82 | 38621.56 |
| HOLIDAY PAY | 18.0600 | 8.00 | 144.48 | 288.96 | MEDICARE TAX | 22.02 | 560.01 | 1518.82 | 38621.56 |
| HOLIDAY 2T | | | .00 | 882.06 | ILLINOIS | 48.62 | 1242.11 | 1454.17 | 37249.87 |
| HOLIDAY-PERSNL | | | .00 | 288.96 | PR CAPITA SHRS | .00 | 1324.80 | | |
| VACATION PAY | | | .00 | 2456.16 | EARNINGS SHRS | .00 | 2315.52 | | |
| LINE PAY | 0.1000 | 89.00 | 8.90 | 167.15 | RECOGN AWARD | .00 | 25.00 | | |
| BEREAVEMENT | | | .00 | 433.44 | TRAVEL PROGRAM | .00 | 558.72 | | |
| HOLIDAY RECOGN | | | .00 | 434.63 | PASS TRAVEL | .00 | 116.64 | | |
| PERFORM INCENT | | | .00 | 240.80 | RETIREE SAV * | 64.65 | 1371.69 | | |
| CLAIM PAYMENT | | | .00 | 50.77 | 401K LOAN 1 | .00 | 467.20 | | |
| PR CAPITA SHRS | | | .00 | 1324.80 | RELIASTAR INS | 123.79 | 2847.17 | | |
| PR CPTA SHR TX | | | .00 | 737.28 | MEDICAL* | 88.51 | 2035.73 | | |
| EARNINGS SHRS | | | .00 | 2315.52 | DENTAL* | 8.91 | 204.93 | | |
| EARNING SHR TX | | | .00 | 1290.24 | LTD INS | 28.33 | 339.68 | | |
| PROFIT SHARE | | | .00 | 1702.55 | UNION DUES | 45.00 | 540.00 | | |
| RECOGN AWARD | | | .00 | 25.00 | SIK/OJI DEDUCT | .00 | 748.68 | | |
| RECOGN TAX | | | .00 | 8.91 | ACH DEPOSIT | 884.32 | 17882.72 | | |
| TRAVEL PROGRAM | | | .00 | 558.72 | | | | | |
| TRVL PROGRM TX | | | .00 | 309.53 | | | | | |
| **---TRUST PAY ---** | | | | | | | | | |
| SICK PERCENT | | | .00 | 1511.64 | | | | | |
| LINE PY SK/OJI | | | .00 | 8.40 | | | | | |

VAC BAL: 2.10
SICK BAL: 32.00
OJI BAL: 879.00
CONV VAC:

TAX STATUS CHANGED? INCORRECT? GO TO ACCESS-EMPLINFO-W4TAX
NEED TO UPDATE YOUR ADDRESS? GO TO ACCESS-EMPINFO-ADDRESS
STATE/LOCAL TAX INCORRECT? SEND E-MAIL TO TAX.PAYROLL@NWA.COM
NAME OR SSN INCORRECT? SEND CORRECTIONS TO MAILSTOP A4730

| | TOTAL EARNINGS | PRE - TAX DEDUCTIONS * | TAXES | OTHER DEDUCTIONS | NET PAY | NON-TAXABLE EARNINGS # |
|---|---|---|---|---|---|---|
| **CURRENT** | 1616.24 | 162.07 | 372.73 | 197.12 | 884.32 | .00 |
| **YEAR TO DATE** | 40862.22 | 3612.35 | 10083.74 | 9283.41 | 17882.72 | .00 |

nwa NORTHWEST AIRLINES
2700 LONE OAK PARKWAY
EAGAN, MN 55121-1534

DATE
12/5/2008

ADVICE NO
8413087

BANKONE

ACH DEPOSIT

PAYROLL ADVICE
884.32

NW 50 0524 5680 221764 WORDS
MANUEL JIMENEZ
3440 W LEMOYNE
CHICAGO IL 60651-2341

NORTHWEST AIRLINES
NOTICE OF DEPOSIT TO ACCOUNT
NON-NEGOTIABLE

Employee Paycheck Detail

# Northwest Airlines

| Close Window | Print a Copy |
|---|---|

MAN... JIMENEZ
NW 5...221764
**CHECK#** 8345606

| | FED | EX | ADDL | STATE | EX | ADDL |
|---|---|---|---|---|---|---|
| | S | 0 | 5.00 | S | 0 | 5.00 |

| | |
|---|---|
| **PERIOD BEGIN:** | 10/4/2008 |
| **PERIOD END:** | 10/17/2008 |
| **CHECK DATE:** | 10/24/2008 |

## STATEMENT OF EARNINGS AND DEDUCTIONS

| EARNINGS | RATE | HOURS | CURRENT | YTD | TAXES/DEDUCTIONS | CURRENT | YTD | TAXABLE EARNINGS CURR | YTD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR EARNING | 18.0600 | 64.50 | 1164.87 | 22609.89 | FEDERAL TAX | 129.05 | 3984.10 | 1027.05 | 28004.03 |
| OVERTIME EARN | | | .00 | 74.37 | SOCIAL SEC TAX | 66.59 | 1811.30 | 1073.90 | 29214.46 |
| HOLIDAY PAY | | | .00 | 144.48 | MEDICARE TAX | 15.57 | 423.61 | 1073.90 | 29214.46 |
| HOLIDAY 2T | | | .00 | 882.06 | ILLINOIS | 35.81 | 949.75 | 1027.05 | 28004.03 |
| HOLIDAY-PERSNL | | | .00 | 288.96 | RECOGN AWARD | .00 | 25.00 | | |
| VACATION PAY | | | .00 | 2167.20 | TRAVEL PROGRAM | .00 | 558.72 | | |
| LINE PAY | 0.1000 | 64.50 | 6.45 | 144.95 | PASS TRAVEL | .00 | 116.64 | | |
| HOLIDAY RECOGN | | | .00 | 434.63 | RETIREE SAV * | 46.85 | 1210.43 | | |
| PERFORM INCENT | | | .00 | 240.80 | 401K LOAN 1 | 23.36 | 467.20 | | |
| CLAIM PAYMENT | | | .00 | 50.77 | RELIASTAR INS | 123.79 | 2475.80 | | |
| PROFIT SHARE | | | .00 | 1702.55 | MEDICAL* | 88.51 | 1770.20 | | |
| RECOGN AWARD | | | .00 | 25.00 | DENTAL* | 8.91 | 178.20 | | |
| RECOGN TAX | | | .00 | 8.91 | LTD INS | .00 | 283.02 | | |
| TRAVEL PROGRAM | | | .00 | 558.72 | UNION DUES | .00 | 450.00 | | |
| TRVL PROGRM TX | | | .00 | 309.53 | SIK/OJI DEDUCT | .00 | 748.68 | | |
| ---TRUST PAY --- | | | | | ACH DEPOSIT | 632.88 | 15710.21 | | |
| SICK PERCENT | | | .00 | 1511.64 | | | | | |
| LINE PY SK/OJI | | | .00 | 8.40 | | | | | |

VAC BAL:  8.10
SICK BAL: 24.00
OJI BAL: 871.00
CONV VAC:

| | TOTAL EARNINGS | PRE - TAX DEDUCTIONS * | TAXES | OTHER DEDUCTIONS | NET PAY | NON-TAXABLE EARNINGS # |
|---|---|---|---|---|---|---|
| **CURRENT** | 1171.32 | 144.27 | 247.02 | 147.15 | 632.88 | .00 |
| **YEAR TO DATE** | 31162.86 | 3158.83 | 7168.76 | 5125.06 | 15710.21 | .00 |

**nwa** NORTHWEST AIRLINES

2700 LONE OAK PARKWAY
EAGAN, MN 55121-1534

**DATE**
10/24/2008

**ADVICE NO**
8345606

BANKONE

ACH DEPOSIT

**PAYROLL ADVICE**
632.88

NW 50 0524 5680 221764 WORDS
MANUEL JIMENEZ
3440 W LEMOYNE
CHICAGO IL 60651-2341

NORTHWEST AIRLINES
NOTICE OF DEPOSIT TO ACCOUNT
NON-NEGOTIABLE

*https://home.nwapeople.nwa.com/Hr_Systems/Paycheck/PaycheckDetail.aspx?ck=834560...  11/3/2008*

Employee Paycheck Detail

## Northwest Airlines

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| MANUEL JIMENEZ | | FED | EX | ADDL | STATE | EX | ADDL | PERIOD BEGIN: 10/18/2008 |
| NW 50 221764 | | S | 0 | 5.00 | S | 0 | 5.00 | PERIOD END: 10/31/2008 |
| CHECK# 8363447 | | | | | | | | CHECK DATE: 11/7/2008 |

[ Close Window ]  [ Print a Copy ]

### STATEMENT OF EARNINGS AND DEDUCTIONS

| EARNINGS | RATE | HOURS | CURRENT | YTD | TAXES/DEDUCTIONS | CURRENT | YTD | TAXABLE EARNINGS CURR | YTD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR EARNING | 18.0600 | 16.00 | 288.96 | 22898.85 | FEDERAL TAX | 93.75 | 5501.75 | 791.69 | 34463.56 |
| OVERTIME EARN | 27.0900 | 2.00 | 54.18 | 128.55 | SOCIAL SEC TAX | 51.37 | 2214.08 | 828.74 | 35711.04 |
| HOLIDAY PAY | | | .00 | 144.48 | MEDICARE TAX | 12.02 | 517.81 | 828.74 | 35711.04 |
| HOLIDAY 2T | | | .00 | 882.00 | ILLINOIS | 28.75 | 1148.53 | 791.69 | 34463.56 |
| HOLIDAY-PERSNL | | | .00 | 288.96 | PR CAPITA SHRS | .00 | 1324.80 | | |
| VACATION PAY | 18.0600 | 8.00 | 144.48 | 2311.68 | EARNINGS SHRS | .00 | 2315.52 | | |
| LINE PAY | 0.1000 | 48.00 | 4.80 | | RECOGN AWARD | .00 | 25.00 | | |
| LINE PAY | 0.1500 | 2.00 | .30 | 150.05 | TRAVEL PROGRAM | .00 | 558.72 | | |
| BEREAVEMENT | 18.0600 | 24.00 | 433.44 | 433.44 | PASS TRAVEL | .00 | 116.64 | | |
| HOLIDAY RECOGN | | | .00 | 434.63 | RETIREE SAV * | 37.05 | 1247.48 | | |
| PERFORM INCENT | | | .00 | 434.63 | 401K LOAN 1 | .00 | 467.20 | | |
| CLAIM PAYMENT | | | .00 | 240.80 | RELIASTAR INS | 123.79 | 2599.59 | | |
| PR CAPITA SHRS | | | .00 | 50.77 | MEDICAL* | 88.51 | 1858.71 | | |
| PR CPTA SHR TX | | | .00 | 1324.80 | DENTAL* | 8.91 | 187.11 | | |
| EARNINGS SHRS | | | .00 | 737.28 | LTD INS | 28.33 | 311.35 | | |
| EARNING SHR TX | | | .00 | 2315.52 | UNION DUES | 45.00 | 495.00 | | |
| PROFIT SHARE | | | .00 | 1290.24 | SIK/OJI DEDUCT | .00 | 748.68 | | |
| RECOGN AWARD | | | .00 | 1702.55 | ACH DEPOSIT | 408.68 | 16118.89 | | |
| RECOGN TAX | | | .00 | 25.00 | | | | | |
| TRAVEL PROGRAM | | | .00 | 8.91 | | | | | |
| TRVL PROGRM TX | | | .00 | 558.72 | | | | | |
| ---TRUST PAY--- | | | | 309.53 | | | | | |
| SICK PERCENT | | | .00 | 1511.64 | | | | | |
| LINE PY SK/OJI | | | .00 | 8.40 | | | | | |

VAC BAL:  0.10
SICK BAL: 24.00
OJI BAL: 871.00
CONV VAC:

| | TOTAL EARNINGS | PRE - TAX DEDUCTIONS * | TAXES | OTHER DEDUCTIONS | NET PAY | NON-TAXABLE EARNINGS # |
|---|---|---|---|---|---|---|
| CURRENT | 926.16 | 134.47 | 185.89 | 197.12 | 408.68 | |
| YEAR TO DATE | 37756.86 | 3293.30 | 9382.17 | 8962.50 | 16118.89 | .00 |
| | | | | | | .00 |

### nwa  NORTHWEST AIRLINES

2700 LONE OAK PARKWAY
EAGAN, MN 55121-1534

DATE 11/7/2008

ADVICE NO 8363447

BANKONE          ACH DEPOSIT

PAYROLL ADVICE $408.68

NW 50 0524 5680 221764 WORDS
MANUEL JIMENEZ
3440 W LEMOYNE
CHICAGO IL 60651-2341

NORTHWEST AIRLINES
NOTICE OF DEPOSIT TO ACCOUNT
NON-NEGOTIABLE

B6H (Official Form 6H) (12/07)

**IN RE** Jimenez, Manuel & Shadd-Jimenez, Rosey                         Case No. _____
                                    Debtor(s)                                                                    (If known)

## SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **Jimenez, Manuel & Shadd-Jimenez, Rosey**                    Case No. _____
            Debtor(s)                                                                    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

   Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
## Northern District of Illinois

**IN RE:**                                                                                   Case No. _____

**Jimenez, Manuel & Shadd-Jimenez, Rosey** _____    Chapter **7** _____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **676.00**

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **676.00**

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **0.00**

2.  The source of the compensation paid to me was: ☑ Debtor  ☐ Other (specify)

3.  The source of compensation to be paid to me is: ☐ Debtor  ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:

<div style="border:1px solid">

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____**March 11, 2009**_____    ___/s/ Nicolette Robovsky_____
Date

**Nicolette Robovsky 6278336**
**Gleason & Gleason**
**77 W Washington, Ste 1218**
**Chicago, IL  60602**
**(312) 578-9530  Fax: (312) 578-9524**

</div>

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Certificate Number: 00437-ILN-CC-005648378

## CERTIFICATE OF COUNSELING

I CERTIFY that on December 15, 2008 , at 9:52 o'clock AM MST ,

Rosey Shadd Jimenez received from

Black Hills Children's Ranch, Inc. ,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Northern District of Illinois , an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared . If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by telephone .

Date: December 15, 2008

By /s/Kate Pierrce

Name Kate Pierrce

Title Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

Certificate Number: 00437-ILN-CC-005648410

# CERTIFICATE OF COUNSELING

I CERTIFY that on December 15, 2008 , at 9:54 o'clock AM MST ,

Manuel Jimenez received from

Black Hills Children's Ranch, Inc. ,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Northern District of Illinois , an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared . If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by telephone .

Date: December 15, 2008

By      /s/Kate Pierrce

Name   Kate Pierrce

Title   Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

United States Bankruptcy Court
Northern District of Illinois

IN RE:                                                    Case No. _____

Jimenez, Manuel & Shadd-Jimenez, Rosey              Chapter 7 _____
_____
                    Debtor(s)

## DECLARATION REGARDING ELECTRONIC FILING
### Signed by Debtor(s) or Corporate Representative
**To Be Used When Filing over the Internet**

PART I - DECLARATION OF PETITIONER                    Date: **January 14, 2009**
A. To be completed in all cases.

I (We) **Manuel Jimenez**_____ and **Rosey Shadd-Jimenez**_____, the undersigned debtor(s), corporate officer, partner, or member, hereby declare under penalty of perjury that the information I(we) have given my (our)attorney, including correct social security number(s) and the information provided in the electronically filed petition, statements, schedules, and if applicable, application to pay filing fee in installments, is true and correct. I(we) consent to my(our) attorney sending the petition, statements, schedules, and this DECLARATION to the United States Bankruptcy Court. I(we) understand that this DECLARATION must be filed with the Clerk in addition to the petition. I(we) understand that failure to file this DECLARATION will cause this case to be dismissed pursuant to 11 U.S.C. sections 707(a) and 105.

B. To be checked and applicable only if the petitioner is an individual (or individuals) whose debts are primarily consumer debts and who has (or have) chosen to file under chapter 7.

☑ I(we) am(are) aware that I(we) may proceed under chapter 7, 11, 12, or 13 of Title 11 United States Code; I(we) understand the relief available under each such chapter; I(we) choose to proceed under chapter 7; and I(we) request relief in accordance with chapter 7.

C. To be checked and applicable only if the petition is a corporation, partnership, or limited liability entity.

☐ I declare under penalty of perjury that the information provided in this petition is true and correct and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in the petition.

Signature: _Manuel Jimenez_____          Signature: _Rosey Shadd Jimenez_____
        (Debtor or Corporate Officer, Partner or Member)                (Joint Debtor)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only